# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3645
_____

Dawda Jeng

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

No. 19-1690
_____

Dawda Jeng

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 6, 2020
Filed: February 10, 2020
[Unpublished]
_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In these consolidated matters, Dawda Jeng petitions for review of orders of the Board of Immigration Appeals (BIA). Specifically, he challenges the BIA's dismissal of his appeal from the decision of an immigration judge, finding him removable for having committed two crimes involving moral turpitude, and denying him withholding of removal. He also challenges the BIA's denial of his motion to reopen his appeal. Having jurisdiction under 8 U.S.C. § 1252(a)(2)(C) and (D) to review constitutional claims or questions of law, and after careful consideration of the petitions, this court finds no basis for reversal.

Accordingly, the petitions for review are denied. *See* 8th Cir. R. 47B.
_____